IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

        Plaintiff,

v.

PETER SENNO,

        Defendant.

_____/

Case No. 7:15-cv-04377-KBF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 11 2015

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC, and Defendant Peter Senno, by and through their attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Peter Senno respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's claims against Defendant Peter Senno, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                              Respectfully submitted,

*/s/ Jacqueline M. James*                           */s/ John D. Pappalardo*
Jacqueline M. James, Esquire                   John D. Pappalardo
The James Law Firm PLLC                     Pappalardo & Pappalardo
445 Hamilton Avenue                           700 White Plains Road, Suite 355
Suite 1102                                             Scarsdale, NY 10583
White Plains, New York 10601                  Phone: 914-725-7000
Phone: 914-358-6423                           johnd@pappalardolaw.com
jjameslaw@optonline.net                        *Attorney for Defendant*
*Attorney for Plaintiff*

                       **SO ORDERED:**

                       _K.B. Joe_    12/10/15
                          U.S.D.J.